FILED: August 29, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4628

(4:12-cr-00010-MSD-LRL-2)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

GABRIEL DANIEL MORRISON MITCHELL, a/k/a G

  Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Newport News |
| Originating Case Number | 4:12-cr-00010-MSD-LRL-2 |
| Date notice of appeal filed in originating court: | 08/29/2013 |
| Appellant (s) | Gabriel Daniel Morrison Mitchell |
| Appellate Case Number | 13-4628 |
| Case Manager | Cathy Poulsen<br>804-916-2704 |