UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
-------------------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

  -against-                               Case No. 13-4628

GABRIEL DANIEL MORRISON
MITCHELL, a/k/a G,

        Defendant-Appellant.

-------------------------------------------------------x

## MOTION TO STRIKE ANDERS BRIEF
## AND FOR AN AMENDED BRIEFING ORDER

RANDALL D. UNGER, an attorney admitted to practice before the Courts of the State of New York, and before this Court, moves to strike the previously filed *Anders* Brief and for an Amended Briefing Order on behalf of Gabriel Daniel Morrison Mitchell (hereinafter "appellant").

1. Appellant is appealing from a final judgment entered in the United States District Court for the Eastern District of Virginia on August 27, 2013, convicting him, after a jury trial, of conspiracy to interfere with commerce by robbery in violation of 18 U.S.C. § 1951, interference with commerce by robbery in violation of 18 U.S.C. § 1951, carjacking in violation of 18 U.S.C. §2119 and brandishing a firearm during

a crime of violence in violation of 18 U.S.C. § 924 (c), and sentencing him to terms of imprisonment totaling 260 months (United States District Judge Mark S. Davis, at trial and sentencing).

2. A timely notice of appeal was filed on August 29, 2013.

3. On September 5, 2013, attorney John S. Davis was appointed by this Court to represent appellant on this appeal.

4. On December 23, 2013, attorney Davis filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), seeking to withdraw as appellant's attorney on appeal.

5. Following the filing of the *Anders* brief, I was retained by appellant to represent him on this appeal.

6. On January 22, 2014, I filed a notice of appearance in this case.

7. On January 27, 2014, this Court granted attorney Davis' motion to withdraw as appellant's attorney on this appeal.

8. After conferring with appellant and obtaining his consent, I am moving to strike the previously filed *Anders* brief. In addition, since my preliminary review of the record indicates that there were evidentiary rulings at trial that might have been erroneous, I am further moving for an Amended Briefing Order so that I can prepare and submit a merits brief on behalf of appellant.

9. I have conferred with Assistant United States Attorney Howard J. Zlotnick regarding the instant motion and he does not oppose the granting of the motion.

WHEREFORE, for the reasons set forth herein, appellant respectfully requests that the Court strike the previously filed *Anders* brief and issue an Amended Briefing Order for appellant.

Respectfully submitted this 29th day January, 2014.

/s/ Randall D. Unger

---

Randall D. Unger
42-40 Bell Boulevard, Suite 302
Bayside, New York 11361
Tel: (718) 279-4500
Fax: (718) 281-0850
randalldunger@yahoo.com

Counsel for Appellant

## CERTIFICATE OF FILING AND SERVICE

I certify than on January 29, 2014, I electronically filed the foregoing Motion to Strike *Anders* brief and for an Amended Briefing Order with the Clerk of this Court, using the CM/ECF system which will send notice of such filing to the following registered CM/ECF users:

>Howard J. Zlotnick
>Assistant United States Attorney
>Office of the United States Attorney
>721 Lakefront Commons, Suite 300
>Newport News, Virginia 23606
>howard.zlotnick@usodoj.gov


/s/ Randall D. Unger
_____
Randall D. Unger